**UNITED STATES of America,**
**Appellee,**

v.

**Joanna M. PRICE, Appellant.**

**No. 11–2740.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 29, 2012.

Filed: March 8, 2012.

Laine Cardarella, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Bruce E. Clark, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Under the terms of a written plea agreement that contained an appeal waiver, Joanna Price pleaded guilty to making a false statement during a firearm purchase, in violation of 18 U.S.C. § 924(a)(1)(A). The district court[1] imposed a sentence of 12 months and 1 day in prison, and 2 years of supervised release. Defense counsel has submitted a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), in which she moves to withdraw.

We conclude that the appeal waiver should be enforced as to all issues in this appeal. *See United States v. Andis,* 333 F.3d 886, 889–92 (8th Cir.2003) (en banc) (court should enforce appeal waiver and dismiss appeal where appeal falls within scope of waiver, both plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result); *see also United States v. Estrada–Bahena,* 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

Having independently reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issue not covered by the waiver. Accordingly, we dismiss this appeal and grant counsel's motion to withdraw, subject to counsel informing Ms.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

Price about procedures for seeking rehearing or filing a petition for certiorari.